# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **GUYZAR LLC** | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:16-cv-00217 |
| v. | § | |
| **NEW AVON, LLC** | § | LEAD CASE NO. 2:16-CV-00211 |
| Defendant. | § | |

## JOINT MOTION TO STAY ALL DEADLINES AS TO DEFENDANT NEW AVON, LLC AND NOTICE OF SETTLEMENT

Plaintiff Guyzar LLC ("Guyzar" or Plaintiff), hereby files this Motion to Stay All Deadlines and Notice of Settlement between New Avon, LLC ("New Avon" or Defendant).

All matters in controversy between the parties have been settled in principle. The parties have already exchanged drafts of a written settlement agreement, and counsel for Guyzar is currently reviewing a version of the settlement agreement revised by New Avon. Upon said written agreement being finalized and executed, the parties will fulfill certain obligations, upon which Guyzar will file the appropriate dismissal papers. The Parties expect to finalize the aforementioned steps within the next thirty (30) days.

The parties submit that good cause exists for granting this agreed motion, as set forth above. This motion is not filed for purposes of delay, but so that justice may be served.

WHEREFORE, the parties respectfully request that the Court enter the proposed order submitted with this motion as set forth above, and grant the parties such other and further relief to which they are entitled.

Dated: June 27, 2016					Respectfully submitted,

                                                                  By: */s/ Eugenio J. Torres-Oyola*
                                                                   Eugenio J. Torres-Oyola
USDC No. 215505
FERRAIUOLI LLC
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com

ATTORNEYS FOR PLAINTIFF
GUYZAR LLC

*/s/ Jennifer Parker Ainsworth*
*(with permission by Eugenio J. Torres-Oyola)*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092

ATTORNEYS FOR DEFENDANT
NEW AVON, LLC

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 27th day of June, 2016.

*/s/Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h), and that this motion expresses the parties' positions.

*/s/ Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola