# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **GUYZAR LLC** | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:16-cv-00211 |
| v. | § | |
| **GANNETT SATELLITE INFORMATION NETWORK, LLC, d/b/a USA TODAY** | § | LEAD CASE NO. 2:16-cv-00211 |
| Defendant. | § | |

## UNOPPOSED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Guyzar LLC and Defendant, New Avon, LLC, pursuant to Fed. R. Civ. P. 41 (a), hereby move for an order dismissing all claims between them in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorney's fees, with this Court retaining jurisdiction to enforce the terms and obligations set forth in the Settlement Agreement executed by the Parties.

Dated: July 27, 2016

Respectfully Submitted,

*/s/Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola
Ferraiuoli LLC
USDC No. 215505
221 Ponce de Leon Ave., 5th Fl.
(T) 787.766.7000
(F) 787.766.7001
(E) etorres@ferraiuoli.com

*Attorney(s) for Plaintiff Guyzar LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 27, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola

## CERTIFICATE OF CONFERENCE

The undersigned certifies that the parties have complied with the meet and confer requirement in Local Rule CV-7 (h) and that all parties are in agreement to the relief requested in this unopposed motion.

*/s/Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola
