IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GUYZAR LLC | § |
|     Plaintiff, | § CIVIL ACTION NO. 2:16-cv-00211 |
| v. | § |
| GANNETT SATELLITE INFORMATION NETWORK, LLC, d/b/a USA TODAY | § LEAD CASE NO. 2:16-cv-00211 |
|     Defendant. | § |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the parties' Joint Motion For Dismissal With Prejudice of all claims asserted between Plaintiff Guyzar LLC ("Plaintiff") and New York Times Company, Dow Jones & Company, Inc. d/b/a The Wall Street Journal, Forbes.com, LLC, Gannett Satellite Information Network, LLC, and Viacom International Inc. D/B/A MTV.com ("Defendants"), the Joint Motion For Dismissal With Prejudice is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendants, are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**SIGNED this 28th day of July, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE